UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZOFIA HEKMAT, et al.,

Petitioners,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:25-cv-01674-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONERS' PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT

(Doc. Nos. 9, 10)

Petitioners Zofia Hekmat and Roya Mohammadi are federal immigration detainees proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 10.)  Specifically, the magistrate judge found that petitioners had a liberty interest in their continued release after having been paroled pursuant to 8 U.S.C. § 1182(d)(5) and that the evaluation of the factors identified by the Supreme Court in *Mathews v. Eldridge*, 424 U.S. 319 (1976) weighed in favor of petitioners.  (*Id.* at 5–10.)  The pending findings and

1

recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 10–11.) On January 16, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 11.)

The court observes that respondents' arguments in their objections are entirely duplicative of the arguments raised in their answer. (*Compare* Doc. No. 7 at 6, *with* Doc. No. 11.) These arguments were already evaluated and properly rejected in the assigned magistrate judge's well-reasoned findings and recommendations. Accordingly, respondents' objections provide no basis on which to decline adopting the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on January 9, 2026 (Doc. No. 10) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to immediately release petitioners from respondents' custody;

    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioners unless they provide petitioners with written notice before a pre-deprivation bond hearing to be convened by a neutral decision maker, at which hearing respondents will bear the burden of demonstrating that petitioners are a flight risk or danger to the community;

3. Respondents are ORDERED to file a notice certifying compliance with this order within two (2) days of the date of entry of this order;

4. The Clerk of the Court is directed to ENTER judgment in favor of petitioners; and

/////

/////

2

5.    Petitioners' motion for temporary restraining order (Doc. No. 9) is denied as having been rendered moot in light of this order.

IT IS SO ORDERED.

Dated:    **January 23, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE